# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **RICHARD GEORGE MARTIN,** )<br>        Petitioner - Appellant,        )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>**UNITED STATES OF AMERICA,**   )<br>        Respondent - Appellee.       ) | **District File No.**<br>**17-CV-1064**<br><br>**File No. 18-2840** |

## SEVENTH CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Petitioner - Appellant, RICHARD GEORGE MARTIN, by his attorney, Spencer Lee Daniels, and respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

### I.    DISTRICT COURT JURISDICTION

The United States District Court for the Central District of Illinois ("District Court") has jurisdiction pursuant to 28 U.S.C. § 2255(a) dealing with all prisoners in custody under sentence of a court established by Congress claiming a right to be released.

### II.    APPELLATE COURT JURISDICTION

This Court has appellate jurisdiction pursuant to 28 U.S.C. § 2255(d) in that Defendant is appealing a final order of District Court.

### III.    IMMEDIATELY APPEALABLE FINAL JUDGMENT

As noted above, a final appealable judgment was entered by the District Court on June 29, 2018. This is a civil appeal as a matter of right pursuant to Rules 3(a) and 6(b) of the Federal Rules of Appellate Procedure and Rule 3(a) of the Seventh Circuit Rules.

### IV.    PRIOR OR RELATED APPEALLATE PROCEEDINGS

There has been no prior or related appellate proceedings in this case.

## V. ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1)

None of the parties to the litigation appear in an official capacity. The appeal is based upon 28 U.S.C. § 2253(d) which allows the Court of Appeals to determine the denial of a constitutional right of the Petitioner – Appellant.

Dated: August 28, 2018

Respectfully Submitted,

By: */s/ Spencer Lee Daniels*
SPENCER LEE DANIELS
Attorney for Richard G. Martin
Petitioner - Appellant
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Tel: (309) 673-1400
Fax: (309) 673-3960
Email: danielslaw@sbcglobal.net

# CERTIFICATE OF SERVICE

    I, Spencer Lee Daniels, hereby certify that a copy of the foregoing **SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF APPELLANT** was served upon the following persons by enclosing a true and accurate copy of the same in an envelope addressed to such persons at the address indicated:

U.S. Attorney
Darilynn J. Knauss, Esq.
211 Fulton Street, Suite 400
Peoria, Illinois 61602


U.S. Attorney
Greggory R. Walters
221 Fulton Street, Suite 400
Peoria, Illinois 61602

with postage fully prepaid and deposited in the United States Post Office mailbox in Peoria, Illinois, on August 28, 2018.

*/s/ Spencer Lee Daniels*
SPENCER LEE DANIELS
Attorney for Petitioner - Appellant:
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Tel:   (309) 673-1400
Fax:   (309) 673-3960
Email:  danielslaw@sbcglobal.net