UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **RICHARD GEORGE MARTIN,** | ) | |
| **Petitioner - Appellant,** | ) | **District File No.** |
| | ) | **17-CV-1064** |
| vs. | ) | |
| | ) | **File No. 18-2840** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent - Appellee.** | ) | |

### AMENDED SEVENTH CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Petitioner - Appellant, RICHARD GEORGE MARTIN, by his attorney, Spencer Lee Daniels, and respectfully submits this Amended Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

### I.    DISTRICT COURT JURISDICTION

The United States District Court for the Central District of Illinois ("District Court") has jurisdiction pursuant to 28 U.S.C. § 2255(a) dealing with all prisoners in custody under sentence of a court established by Congress claiming a right to be released.

### II.   APPELLATE COURT JURISDICTION

This Court has appellate jurisdiction pursuant to 28 U.S.C. § 2255(d) in that Petitioner - Appellant is appealing a final order of District Court. The Notice of Appeal was filed with the District Court in this case on August 21, 2018. The District Court Judge entered an Order against the Petitioner-Appellant on June 29, 2018, denying the Motion to Vacate, Set Aside, or Correct Sentence filed by the Petitioner-Appellant.

### III.  IMMEDIATELY APPEALABLE FINAL JUDGMENT

As noted above, a final appealable judgment was entered by the District Court on July 5, 2018. This is a civil appeal as a matter of right pursuant to Rules 3(a) and 6(b) of the Federal Rules of Appellate Procedure and Rule 3(a) of the Seventh Circuit Rules.

IV.    PRIOR OR RELATED APPEALLATE PROCEEDINGS

There has been no prior or related appellate proceedings in this case.

V.    ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1)

None of the parties to the litigation appear in an official capacity.  The appeal is based upon 28 U.S.C. § 2253(d) which allows the Court of Appeals to determine the denial of a constitutional right of the Petitioner – Appellant.

Dated:  August 30, 2018                                   Respectfully Submitted,


                                                                    By:    /s/ Spencer Lee Daniels
                                                                              SPENCER LEE DANIELS
                                                                              Attorney for Richard G. Martin
                                                                              Petitioner - Appellant
                                                                              411 Hamilton Boulevard, Suite 1708
                                                                              Peoria, Illinois 61602
                                                                              Tel:    (309) 673-1400
                                                                              Fax:    (309) 673-3960
                                                                              Email:  danielslaw@sbcglobal.net

# CERTIFICATE OF SERVICE

     I, Spencer Lee Daniels, hereby certify that a copy of the foregoing **AMENDED SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF APPELLANT** was served upon the following persons by enclosing a true and accurate copy of the same in an envelope addressed to such persons at the address indicated:

U.S. Attorney
Darilynn J. Knauss, Esq.
211 Fulton Street, Suite 400
Peoria, Illinois 61602


U.S. Attorney
Greggory R. Walters
221 Fulton Street, Suite 400
Peoria, Illinois 61602


with postage fully prepaid and deposited in the United States Post Office mailbox in Peoria, Illinois, on August 30, 2018.

                                   */s/ Spencer Lee Daniels*
                                   SPENCER LEE DANIELS
                                   Attorney for Petitioner - Appellant:
                                   411 Hamilton Boulevard, Suite 1708
                                   Peoria, Illinois 61602
                                   Tel:    (309) 673-1400
                                   Fax:   (309) 673-3960
                                   Email:  danielslaw@sbcglobal.net