No. 18-2840

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **RICHARD GEORGE MARTIN** | ) | Appeal from the United States |
|     **Plaintiff-Appellant,** | ) | District Court the Central District |
| | ) | of Illinois |
| vs. | ) | |
| | ) | Case No. 17-CV-1064 |
| **UNITED STATES OF AMERICA** | ) | |
|     **Defendant-Appellee.** | ) | Honorable Judge Michael M. Mihm |
| | ) | United States District Judge, |
| | ) | Presiding. |

## MOTION FOR EXTENSION OF TIME

Now comes Spencer Lee Daniels, CJA for the Plaintiff-Appellant in this cause, and moves this Court for the entry of an order granting counsel's Motion for Extension of Time. In support thereof, counsel states as follows:

1. The brief in this case is due October 2, 2018.

2. A Text Order was entered on September 4, 2018, denying the Petitioner's Motion for Leave to Appeal *in forma pauperis*.

3. That Plaintiff-Appellant has been directed to pay the filing fee of $505.00 within thirty (30) days of said Order.

4. Due to a recent lockdown at the prison, the Plaintiff-Appellant has been unsuccessful in obtaining the funds and is requesting additional time to acquire the monies from family and friends.

5.\tAttorney Spencer Lee Daniels has also filed a Motion to Withdraw as Plaintiff-Appellant's Appointed Counsel on Appeal with this Court on September 18, 2018, and to date, no decision has been entered with regard to this issue.

6.\tIt is the position of the Plaintiff-Appellant's Attorney that if the funds are not obtained, this case will ultimately be dismissed.

Wherefore, Attorney for the Plaintiff-Appellant, Spencer Lee Daniels, respectfully requests the entry of an Order granting an extension of time for the payment of the fees in the cause and for an extension of time for the Plaintiff-Appellant's Brief until such time as a ruling has been entered regarding the Motion to Withdraw as Plaintiff-Appellant's Appointed Counsel on Appeal.

Respectfully submitted,

By: */s/ Spencer Lee Daniels*
SPENCER LEE DANIELS

Attorney for Defendant-Appellant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Tel:     (309) 673-1400
Fax:    (309) 673-3960
Email:  danielslaw@sbcglobal.net

No. 18-2840

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **RICHARD GEORGE MARTIN** | ) | Appeal from the United States |
|     Plaintiff-Appellant, | ) | District Court the Central District |
| | ) | of Illinois |
| vs. | ) | |
| | ) | Case No. 17-CV-1064 |
| **UNITED STATES OF AMERICA** | ) | |
|     Defendant-Appellee. | ) | Honorable Judge Michael M. Mihm |
| | ) | United States District Judge, |
| | ) | Presiding. |

**NOTICE OF FILING AND PROOF OF SERVICE**

TO:    Mr. Gino Agnello, Clerk, United States Court of Appeals, 219 South Dearborn Street, Chicago, Illinois 60604

Mr. Richard George Martin, Reg. No. 17734-026, USP McCreary, U.S. Penitentiary, Post Office Box 3000, Pine Know, Kentucky 42635

Ms. Shoba Pillay, Office of the United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

U.S. Attorney, Darilynn J. Knauss, Esq., 211 Fulton Street, Suite 400, Peoria, Illinois 61602

U.S. Attorney, Greggory R. Walters, 221 Fulton Street, Suite 400, Peoria, Illinois 61602

PLEASE TAKE NOTICE that on September 27, 2018, the undersigned attorney electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing documents by First Class Mail,

postage prepaid, or have dispatched it to a third-party commercial carrier within three calendar days, to the non-CM/ECF participants.

                                                       By: */s/ Spencer Lee Daniels*
                                                             SPENCER LEE DANIELS

Attorney for Defendant-Appellant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:   (309) 673-3960
Email:  danielslaw@sbcglobal.net