# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 28, 2018

*By the Court:*

| No. 18-2840 | RICHARD G. MARTIN,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01064-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

The following is before the court:

1. **MOTION TO WITHDRAW AS PLAINTIFF-APPELLANT'S APPOINTED COUNSEL ON APPEAL**, filed on September 18, 2018, by counsel for the appellant.

2. **MOTION FOR EXTENSION OF TIME**, filed on September 27, 2018, by counsel for the appellant.

**IT IS ORDERED** that the motion to withdraw is **GRANTED** and attorney Spencer Lee Daniels may withdraw from further representation of the appellant. Appellant Richard G. Martin is reminded that he will be proceeding pro se in this matter unless he secures new counsel. Because a review of the docket indicates that this appeal may not proceed without a certificate of appealability,

**IT IS FURTHER ORDERED** that the motion for an extension of time is **GRANTED** to the extent that the appellant may file a separate request for a certificate of appealability by October 31, 2018. If the appellant does not file a motion by that date, his notice of appeal previously docketed in this court will be deemed to constitute an application for a certificate of appealability. *See* Fed. R. App. P. 22(b)(2).

form name: **c7_Order_BTC**(form ID: **178**)