# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 18, 2019

*By the Court*:

| | |
|---|---|
| RICHARD G. MARTIN,<br>    Petitioner-Appellant,<br><br>No. 18-2840                   v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>]<br>] No. 1:17-cv-01064-MMM<br>]<br>] Michael M. Mihm,<br>]     Judge. |

     Pursuant to this court's order of May 10, 2019, **IT IS ORDERED** that Raphael Janove, EIMER STAHL LLP, 224 S. Michigan Avenue, Chicago, IL 60604, rjanove@eimerstahl.com, is appointed to represent petitioner-appellant Richard G. Martin pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the petitioner-appellant immediately.

     Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before September 16, 2019.

2. Plaintiff-appellee shall file its brief on or before October 16, 2019.

3. Defendant-appellant shall file his reply brief, if any, on or before November 6, 2019.

     **IT IS FINALLY ORDERED** that the District Court add attorney Raphael Janove to their CM/ECF database for purposes of accessing District Court documents.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).