# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 8, 2019

*By the Court:*

| | |
|---|---|
| No. 18-2840 | RICHARD G. MARTIN,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-01064-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm | |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on August 7, 2019, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by November 1, 2019.

2. The brief of the appellee is due by December 2, 2019.

3. The reply brief of the appellant, if any, is due by December 23, 2019.

Given the length of this extension of time, counsel for the appellant should make this matter a priority.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)