# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 3, 2019

*By the Court:*

| No. 18-2840 | RICHARD G. MARTIN,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01064-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

    **IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of the petitioner's motion to expand the certificate of appealability, filed on October 3, 2019.