# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 20, 2023

*By the Court:*

| No. 18-2840 | RICHARD G. MARTIN,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:17-cv-01064-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm | |

The following is before the court: **MOTION FOR ORDER ON PETITIONER'S PENDING MOTION TO EXPAND THE CERTIFICATE OF APPEALABILITY**, filed on October 3, 2023, by counsel for the appellant.

The court is aware of the pending motion to expand the certificate of appealability (and related citations of additional authority) and will rule on that motion as soon as its docket permits.

form name: **c7_Order_BTC**    (form ID: **178**)